JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PERALTA, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC.; LOANCARE, LLC; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10907-MEMF-JC<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA [ECF NO. 11]** |

1

On March 15, 2024, the Parties filed a Joint Stipulation to Transfer Case to the United States District Court for the Middle District of Florida (ECF No. 15, "Joint Stipulation") requesting that the matter be transferred to the Middle District of Florida, pursuant to the first filed doctrine, in the interests of justice.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The above-captioned action shall be transferred to the United States District Court for the Middle District of Florida.

IT IS SO ORDERED.

Dated: March 22, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2